# In the United States Court of Federal Claims

Filed March 16, 2020

|  |  |  |
|---|---|---|
| CHRISTINE HOWARTH, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1745L |
| v. | ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On March 2, 2020, the parties filed joint preliminary status reports in the above-styled matters. The parties shall participate in a preliminary scheduling conference to be held on **Thursday, April 16, 2020, at 2:30 p.m. Eastern Time**.

The preliminary scheduling conference will be held *via* AT&T Teleconferencing. The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiffs  
Howarth, et al.:  

**Meghan S. Largent**  
Lewis Rice LLC  
600 Washington Avenue, Suite 2500  
St. Louis, Missouri 63101  
(314) 444-7704  
mlargent@lewisrice.com

| | |
|---|---|
| For Plaintiffs Action Capital, et al.: | **Michael J. Smith**<br>Stewart Wald & McCulley, LLC<br>12747 Olive Boulevard<br>Suite 280<br>St. Louis, MO 63141<br>(314) 720-0220<br>smith@swm.legal |
| For Defendant: | **Dustin Joseph Weisman**<br>U.S. Department of Justice (ENRD)<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0432<br>dustin.weisman@usdoj.gov |

**IT IS SO ORDERED.**

                                              s/ Lydia Kay Griggsby
                                              LYDIA KAY GRIGGSBY
                                              Judge