# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed April 16, 2020 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

On April 16, 2020, the parties participated in a telephonic preliminary scheduling conference in the above-captioned rails-to-trails matter. The Court, with the assistance of the parties, adopts the following schedule for further proceedings:

| | |
|---|---|
| Plaintiffs shall submit a reply to the government's objections to the Claims Book. | **April 17, 2020** |
| Plaintiffs and the plaintiffs in *Christine Howarth, et al. v. United States*, No. 19-1745L, shall **FILE** a joint status report advising the Court of the status of plaintiff Ferrero Hodges Investment Group, LLC. | **May 1, 2020** |

The parties shall **FILE** a joint status report regarding the status of the trail use agreement at issue in this case, and stating their respective views regarding further proceedings in this matter, including, whether the case should proceed to the valuation phase, or, if warranted, proposing a schedule for the filing of cross-motions for summary judgment on title and liability issues.

**May 29, 2020**

   **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge

2