## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, and | Case No. 19-1784L |
| CHRISTINE and MICHAEL HOWARTH, *et al.* | Case No. 19-1745L |
| *Plaintiffs*, | Hon. Lydia Kay Griggsby |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated April 16, 2020 (ECF No. 10), Plaintiffs in the actions *Action Capital Properties, LLLP, et al. v. United States*, No. 17-1784L and *Howarth, et al. v. United States*, No. 19-1745L, report that Plaintiff Ferrero-Hodges Investment Group, LLC will proceed in the *Howarth* case. Counsel in *Action Capital Properties, LLLP,* will file the appropriate documents with the Court to remove Ferrero-Hodges Investment Group, LLC from that case.

Respectfully submitted this 1st day of May, 2020.

STEWART, WALD & McCULLEY, LLC

By */s/ Michael Smith*
Michael J. Smith
Steven M. Wald
12747 Olive Blvd., Suite 280
Saint Louis, MO 63141
Telephone: (314) 720-0220
Facsimile: (314) 899-2925 (facsimile)
wald@swm.legal
smith@swm.legal

-and-

Thomas S. Stewart

        Elizabeth G. McCulley
        2100 Central St., Suite 22
        Kansas City, MO 64108
        Telephone: (816) 303-1500
        Facsimile: (816) 827-8068 (facsimile)
        stewart@swm.legal
        mcculley@swm.legal

*Attorneys for Plaintiffs in Action Capital Properties, LLLP, et al. v. United States*, No. 19-1784L

 *s/ Meghan S. Largent (by MJS w/perm.)*
Meghan S. Largent
Lindsay S.C. Brinton
LEWIS RICE LLC
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
Tel:    (314) 444-7704
Fax:   (314) 612-7704
mlargent@lewisrice.com
lbrinton@lewisrice.com

*Attorneys for Plaintiffs in Howarth, et al. v. United States*, No. 19-1745L