## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) )  ) Case No. 19-1784L |
| Plaintiffs, | ) |
| v. | ) Hon. Lydia K. Griggsby |
| UNITED STATES OF AMERICA, | ) ) (E-Filed May 29, 2020) |
| Defendant. | ) |

### JOINT STATUS REPORT

Pursuant to the Court's April 16, 2020 Scheduling Order (ECF No. 10), the parties submit this Joint Status Report regarding the status of the trail use agreement at issue in this case, and stating their respective views regarding further proceedings in this matter, including, whether the case should proceed to the valuation phase.

The parties report that, on April 23, 2020, the Georgia Department of Transportation (trail group) and CSX Transportation, Inc. (railroad) notified the Surface Transportation Board that they have entered into a trail-use agreement.  Additionally, the parties report that they have located, and reviewed, what they believe are the condemnation orders relevant to this case.

Based on the foregoing, the parties agree that the case should proceed to the valuation phase and that the parties will employ Mr. John Underwood as joint appraiser to facilitate settlement discussions.  The parties propose that they report back to the Court in a Joint Status Report no later than August 28, 2020 on the status of the joint appraisal.

Respectfully submitted this 29th day of May, 2020.

**Steward, Wald & McCulley, LLC**

<u>/s/ Steven M. Wald</u>
Michael J. Smith
Steven M. Wald
12747 Olive Blvd. Suite 280
St. Louis, MO 63141
(314) 720-0220
(314) 899-2925 (facsimile)
wald@swm.legal
smith@swm.legal

and

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central St. Suite 22
Kansas City, MO 64108
(816) 303-1500
(816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

*Attorneys for Plaintiffs*

PRERAK SHAH
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

<u>/s/ Dustin J. Weisman</u>
DUSTIN J. WEISMAN
ELIZABETH MCGURK
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street NE, Room 3.153
Washington, DC 20002
Telephone: (202) 305-0432
Facsimile: (202) 305-0506
E-Mail: dustin.weisman@usdoj.gov
E-Mail: elizabeth.mcgurk@usdoj.gov

*Attorneys for the United States*