# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed June 1, 2020 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On May 29, 2020, the government filed a joint status report on behalf of the parties in the above-captioned matter. ECF No. 12. In the joint status report, the government represents that on April 23, 2020, the Georgia Department of Transportation and the railroad in the case, CSX Transportation, Inc., notified the Surface Transportation Board that they have entered into a trail-use agreement. The government also represents that the parties have located and reviewed what they believe to be the condemnation orders relevant to this case. The government similarly represents that the parties agree that the case should proceed to the valuation phase, during which the parties will employ Mr. John Underwood as joint appraiser to facilitate settlement discussions. And so, the government, on behalf of the parties, requests that the parties file a joint status report advising the Court of the status of the joint appraisal on or before August 28, 2020.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of the joint appraisal process on or before **August 28, 2020**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge