## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | Case No. 19-1784L |
| *Plaintiffs*, | ) ) | Hon. Lydia Kay Griggsby |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| *Defendant*. | ) | |

## JOINT STIPLUTION FOR DISMISSAL

1.      Plaintiff Ferrero-Hodges Investment Group, LLC brought a claim under the Tucker Act, 28 U.S.C. § 1491(a), and the Fifth Amendment to the Constitution, seeking just compensation for a taking of their ownership interest in a railroad corridor located in Cobb County, Georgia.

2.      Pursuant to the Court's Order dated April 16, 2020 (ECF No. 10), Plaintiffs filed a Joint Status Report on May 1, 2020 (ECF No. 11), reporting that Plaintiff Ferrero-Hodges Investment Group, LLC will proceed in *Howarth, et al. v. United States*, No. 19-1745L.

3.      Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the voluntary dismissal without prejudice to the claim of Ferrero-Hodges Investment Group, LLC, parcel number 17083400210 from this matter.  Each party will bear their own attorney's fees and costs related to plaintiff Ferrero-Hodges Investment Group, LLC's involvement in this matter.

4.      Plaintiffs have consulted with counsel in *Howarth* and counsel represents that she consents to the filing of this stipulation of dismissal.

Respectfully submitted this 18th day of August, 2020.

Respectfully submitted by,

STEWART WALD & MCCULLEY, L.L.C

By: /s/Michael J. Smith
Michael J. Smith
Steven M. Wald
12747 Olive Boulevard, Suite 280
St. Louis, MO 63141
(314) 720-0220
(314) 899-2925 (facsimile)
smith@swm.legal
wald@swm.legal

-and-

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central, Suite 22
Kansas City, MO 64108
Telephone: (816) 303-1500
Facsimile: (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

Attorneys for Plaintiffs

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division


By /s/ Dustin J. Weisman *(by MJS w/perm)*
Dustin Weisman
Elizabeth McGurk
Trial Attorney
National Resources Section
4 Constitution Square
150 M Street NE, Room 3.153
Washington, DC 20002
Tel: (202) 305-0432
Fax: (203) 305-0506
E-Mail: dustin.weisman@usdoj.gov
E-Mail: elizabeth.mcGurk@usdoj.gov

*Attorneys for the United States*