-1-

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) Case No. 19-1784L |
| Plaintiffs, | ) ) |
| v. | ) Hon. Lydia K. Griggsby ) |
| UNITED STATES OF AMERICA, | ) (E-Filed August 28, 2020) ) |
| Defendant. | |

### **JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2020 Scheduling Order (ECF No. 13), the parties submit this Joint Status Report regarding the status of the joint appraisal process.

The parties report that they have agreed upon a joint appraiser, the joint appraiser has been retained, and the parties are currently working with the joint appraiser to aid him in completing the appraisals. The parties anticipate the joint appraiser will complete his appraisals within 75 days.

Based on the foregoing, the parties propose that they report back to the Court in a Joint Status Report no later than November 27, 2020 on the status of the joint appraisal process.

Respectfully submitted this 28th day of August, 2020.

**Steward, Wald & McCulley, LLC**

*/s/ Steven M. Wald*
Michael J. Smith
Steven M. Wald
12747 Olive Blvd. Suite 280
St. Louis, MO 63141
(314) 720-0220
(314) 899-2925 (facsimile)
wald@swm.legal
smith@swm.legal

and

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central St. Suite 22
Kansas City, MO 64108
(816) 303-1500
(816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

*Attorneys for Plaintiffs*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Dustin J. Weisman*
DUSTIN J. WEISMAN
ELIZABETH MCGURK
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street NE, Room 3.153
Washington, DC 20002
Telephone: (202) 305-0432
Facsimile: (202) 305-0506
E-Mail: dustin.weisman@usdoj.gov
E-Mail: elizabeth.mcgurk@usdoj.gov

*Attorneys for the United States*