# In the United States Court of Federal Claims

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) ) ) | No. 19-1784L<br><br>Filed August 28, 2020 |

## SCHEDULING ORDER

On August 28, 2020, the government filed a joint status report on behalf of the parties in the above-captioned matter. ECF No. 15. In the joint status report, the government represents that the parties have retained a joint appraiser and that they anticipate that the joint appraiser will complete his appraisals within 75 days. And so, the parties request that they file a joint status report advising the Court of the status of the joint appraisal on or before November 27, 2020.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of the joint appraisal process on or before **November 30, 2020**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge