## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) Case No. 19-1784L ) ) Hon. Lydia Kay Griggsby |
| *Plaintiffs*, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated August 28, 2020 (ECF No. 16), the parties submit this Joint Status Report regarding the status of the joint appraisal process.

The parties report that the joint appraiser has completed the appraisals. The United States submitted several questions to the joint appraiser concerning his reports and the appraiser has provided his responses. The parties continue to review and discuss the appraisals with the joint appraiser.

Based on the foregoing, the parties propose they report back to the Court in a joint status report no later than January 15, 2021, on the status of the joint appraisal process and whether the parties believe they will be able to settle the case using the joint appraisals.

Respectfully submitted, November 30, 2020.

STEWART, WALD & MCCULLEY, L.L.C.

By*: s/Michael J. Smith*
Michael J. Smith
Steven M. Wald
12747 Olive Boulevard, Suite 280
St. Louis, MO  63141
(314) 720-0220
(314) 899-2925
wald@swm.legal

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment and Natural Resources Division

By: *s/Dustin Weisman (w/ perm by SMW)*
Dustin Weisman
Elizabeth McGurk
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611

smith@swm.legal

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central, Suite 22
Kansas City, MO 64114
(816) 303-1500 (telephone)
(816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

*Attorneys for Plaintiffs*

Washington, D.C. 20044-7611
Tel: (202) 305-0247
Fax: (203) 305-0506
Dustin.Weisman@usdoj.gov
Elizabeth.McGurk@usdoj.gov

*Attorneys for the United States*