# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed December 3, 2020 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

On November 30, 2020, plaintiffs filed a joint status report on behalf of the parties in the above-captioned matter.  ECF No. 17.  In the joint status report, plaintiffs' counsel represents that the parties have received the appraisals of plaintiffs' properties and that they continue to review and discuss them with the joint appraiser.  And so, the parties request that they file a joint status report advising the Court of the status of the joint appraisal process and whether the parties believe that they will be able to settle the case using the joint appraisals on or before January 15, 2021.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of both the joint appraisal process and the parties' settlement efforts on or before **January 15, 2021**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge