# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed January 15, 2021 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

### SCHEDULING ORDER

On January 14, 2021, the government filed a joint status report on behalf of the parties in the above-captioned rails-to-trails matter. ECF No. 19. In the joint status report, government counsel represents that the parties have submitted several questions to the joint appraiser regarding his appraisal reports and that the parties are waiting to receive additional analysis from the joint appraiser. And so, the parties request that they file a joint status report advising the Court of the status of their settlement efforts on or before March 12, 2021.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of both the joint appraisal process and the parties' settlement efforts on or before **March 12, 2021**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge