IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) Case No. 19-1784L ) ) Hon. Lydia Kay Griggsby ) ) ) ) ) ) |
| *Plaintiffs*, | |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 15, 2021 (ECF No. 20), the parties submit this Joint Status Report regarding the status of their settlement efforts.

The parties report that they have reached a tentative settlement agreement on all issues in the case. The United States reports that the settlement package is undergoing review by the designated deciding official.

Based on the foregoing, the parties propose they report back to the Court in a joint status report no later than April 12, 2021, on the progress of the proposed settlement.

Respectfully submitted, March 12, 2021.

| | |
|---|---|
| STEWART, WALD & MCCULLEY, L.L.C. | JEAN E. WILLIAMS<br>Acting Assistant Attorney General |
| By*: s/Michael J. Smith*<br>Michael J. Smith<br>Steven M. Wald<br>12747 Olive Boulevard, Suite 280<br>St. Louis, MO  63141<br>(314) 720-0220<br>(314) 899-2925<br>wald@swm.legal<br>smith@swm.legal<br><br>Thomas S. Stewart<br>Elizabeth G. McCulley | Environment and Natural Resources Division<br><br>By: *s/Dustin J. Weisman (w/ perm by SMW)*<br>Dustin Weisman<br>Elizabeth McGurk<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel: (202) 305-0247<br>Fax: (203) 305-0506 |

2100 Central, Suite 22  
Kansas City, MO 64108  
(816) 303-1500 (telephone)  
(816) 527-8068 (facsimile)  
stewart@swm.legal  
mcculley@swm.legal  

*Attorneys for Plaintiffs*

Dustin.Weisman@usdoj.gov  
Elizabeth.McGurk@usdoj.gov  

*Attorneys for the United States*