# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed March 12, 2021 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

On March 12, 2021, plaintiffs filed a joint status report on behalf of the parties in the above-captioned rails-to-trails matter. ECF No. 22. In the joint status report, plaintiffs' counsel represents that the parties have reached a tentative settlement agreement and that the settlement package is being reviewed by the government in accordance with Department of Justice procedure. And so, the parties request that they file a joint status report advising the Court of the status of their settlement efforts on or before April 12, 2021.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of the parties' settlement efforts on or before **April 12, 2021**.

**IT IS SO ORDERED.**

                                                  s/ Lydia Kay Griggsby
                                                  LYDIA KAY GRIGGSBY
                                                  Judge