## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, et al., )<br>)<br>) | Case No. 19-1784L |
| *Plaintiffs*, )<br>) | Hon. Lydia Kay Griggsby |
| v. )<br>) | |
| THE UNITED STATES OF AMERICA, )<br>) | |
| *Defendant*. ) | |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Rules of the Court of Federal Claims ("RCFC"), the United States hereby submits this offer to allow judgment to be taken against it and in favor of the respective plaintiffs for the takings alleged in the operative complaint in the above-reference matter in the total principal amount of $618,700.00 as set out with respect to each plaintiff in the table below, but excluding interest and any costs, expenses, and attorney fees to which Plaintiffs may be legally entitled.

| Plaintiff | Cobb County, Georgia Parcel Identification Numbers | Settlement Amount |
|---|---|---|
| Action Capital Properties, LLLP | 17083300010 | $482,900.00 |
| EFL Holdings I, LLC | 17061900140 | $135,800.00 |
| | **TOTAL** | **$618,700.00** |

The offers of judgment in the table above with respect to each plaintiff are extended independently; they may each be accepted or rejected without regard to the acceptance or rejection of any other offer of judgment. The offers of judgment include all just compensation, exclusive of interest, and encompass any and all claims for damages and just compensation

1

which were alleged or could have been alleged by the respective Plaintiffs in this action. The amount, if any, recoverable by Plaintiffs as interest, costs, expenses, and attorney's fees will be determined at a later date. *See* Uniform Relocation Assistance & Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c).

Respectfully submitted this 14th day of January, 2021.

          PAUL E. SALAMANCA
          Deputy Assistant Attorney General
          United States Department of Justice
          Environment & Natural Resources Division

          */s/ Dustin Weisman*
          Dustin Weisman
          Elizabeth McGurk
          United States Department of Justice
          Environment and Natural Resources Division
          P.O. Box 7611
          Washington, D.C. 20044-7611
          Tel:   (202) 305-0247
          Fax:  (202) 305-0506
          Elizabeth.McGurk@usdoj.gov
          Dustin.Weisman@usdoj.gov

          *Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14th, 2021, I served a copy of the foregoing OFFER OF JUDGMENT on Plaintiffs' counsel of record by electronic mail to the following address:

>Steven M. Wald
>Michael J. Smith
>12747 Olive Blvd., Suite 280
>Saint Louis, MO 63141
>Telephone: (314) 720-0220
>wald@swm.legal
>smith@swm.legal

>*/s/ Dustin Weisman*
>Dustin Weisman
>United States Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section