| | |
|---|---|
| **From:** | Michael J. Smith |
| **To:** | Weisman, Dustin (ENRD); McGurk, Elizabeth (ENRD) |
| **Cc:** | Steven M. Wald |
| **Subject:** | Action Capital Rule 68 Offer of Judgment |
| **Date:** | Thursday, January 21, 2021 5:07:08 PM |
| **Attachments:** | Redacted Pursuant to FRE 408 |

Dustin and Lizzie,

Plaintiffs will accept the government's Rule 68 Offer of Judgment. 

Thank you,

**Michael Smith | Member**
Stewart, Wald & McCulley, LLC
12747 Olive Blvd., Suite 280
St. Louis, MO 63141
Telephone: (314) 720-0220
Direct Line: (314) 720-0224
Facsimile:  (314) 899-2925

smith@swm.legal