# In the United States Court of Federal Claims

No. 19-1784 L
Filed: March 31, 2021

**ACTION CAPITAL PROPERTIES,
LLLP and EFL HOLDINGS I, LLC**

v.

**RULE 54(b)
JUDGMENT**

**THE UNITED STATES**

    Pursuant to the court's Order, filed March 31, 2018, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and defendant's Notice of plaintiffs' acceptance of the United States RCFC 68 Offer of Judgment, filed March 26, 2021

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the total amount of $618,700.00, as follows:

- $482,900.00 to Action Capital Properties, LLLP for Parcel Number 17083300010; and

- $135,800.00 to EFL Holdings I, LLC for Parcel No. 17061900140.

                                                            Lisa L. Reyes
                                                            Clerk of Court

                                      By:    s/ Debra L. Samler

                                                             Deputy Clerk