# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

April 5, 2021

Michael J. Smith, Esquire
Stewart Wald & McCulley, LLC
12747 Olive Boulevard, Suite 280
St. Louis, MO 63141

        *In re:*   *Action Capital Properties, LLLP, et al. v. United States*;
                 *Case No. 19-1784 L*

Dear Mr. Smith:

    I enclose herewith the 28 U.S.C. § 2517 certified transcript of judgment, dated April 1, 2021, in the above-entitled case.

    As to the procedure for obtaining payment of this judgment, please see the enclosed instruction sheet.

                                        Sincerely,

                                        Lisa L. Reyes
                                        Clerk of Court

Enclosures

cc:   Dustin J. Weisman, Esquire