**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-1784L |
| v. | ) ) ) | Hon. Lydia Kay Griggsby |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated March 12, 2021 (ECF No. 23), the parties submit this Joint Status Report regarding the status of their settlement efforts.

Previously, the parties reported that they reached a tentative settlement agreement on all issues in the case, and that the settlement package has been approved and is now completing the paperwork to the Judgment Fund. The United States reports that the paperwork has been submitted and that its undersigned counsel received email confirmation stating that payment has been submitted to the Judgment Fund for payment.

Based on the foregoing, the parties propose they report back to the Court in a joint status report no later than May 12, 2021, on the progress of the payment of the settlement.

Respectfully submitted, April 12, 2021.

STEWART, WALD & MCCULLEY, L.L.C.

By*: s/Michael J. Smith*
Michael J. Smith
Steven M. Wald
12747 Olive Boulevard, Suite 280
St. Louis, MO  63141
(314) 720-0220
(314) 899-2925
wald@swm.legal

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

By: *s/Dustin Weisman (w/ perm by SMW)*
Dustin Weisman
Elizabeth McGurk
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611

smith@swm.legal

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central, Suite 22
Kansas City, MO 64114
(816) 303-1500 (telephone)
(816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

*Attorneys for Plaintiffs*

Washington, D.C. 20044-7611
Tel: (202) 305-0247
Fax: (203) 305-0506
Elizabeth.McGurk@usdoj.gov
Dustin.Weisman@usdoj.gov

*Attorneys for the United States*