# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| ACTION CAPITAL PROPERTIES, LLLP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-1784L |
| v. | ) ) | Filed April 12, 2021 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

On April 12, 2021, plaintiffs filed a joint status report on behalf of the parties in the above-captioned rails-to-trails matter. ECF No. 28. In the joint status report, plaintiffs' counsel represents that the parties' tentative settlement agreement has been approved and that payment in connection with the approved settlement package has been submitted to the judgment fund. And so, the parties request that they file a joint status report advising the Court of the status of the parties' settlement efforts on or before May 12, 2021.

In view of the foregoing, the parties shall **FILE** a joint status report advising the Court of the status of the parties' settlement efforts on or before **May 12, 2021**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
Judge