## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ACTION CAPITAL PROPERTIES, LLLP, )
*et al.*, )
)    Case No. 19-1784L
*Plaintiffs*, )
)    Hon. Lydia Kay Griggsby
v. )
)
THE UNITED STATES OF AMERICA, )
)
*Defendant*. )

_____

## JOINT STIPULATION FOR DISMISSAL

1.    Plaintiffs in this case brought a claim under the Tucker Act, 28 U.S.C. § 1491(a), and the Fifth Amendment to the Constitution, seeking just compensation for the alleged taking of their ownership interest in a railroad corridor located Cobb County, Georgia.

2.    The Parties have settled all claims in this case, and the United States Department of Treasury Judgment Fund has submitted to Plaintiffs payment in full satisfaction of the settlement amount.

3.    Consistent with the parties' settlement agreement, Plaintiffs have agreed to dismiss this case with prejudice pursuant to Court of Federal Claims Rule 41(a)(l)(A)(ii).

4.    The parties stipulate that the case *Action Capital Properties, LLLP, et. al., v. United State*s, No. 19-1784 should be dismissed with prejudice and respectfully request that this Court enter an Order of final dismissal of the case.

Respectfully submitted, April 28, 2021.


STEWART, WALD & MCCULLEY, L.L.C.    JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

By*: s/Michael J. Smith*
Michael J. Smith
Steven M. Wald    By: *s/Dustin Weisman (w/ perm by SMW)*
12747 Olive Boulevard, Suite 280    Dustin Weisman

St. Louis, MO  63141
(314) 720-0220
(314) 899-2925
wald@swm.legal
smith@swm.legal

Thomas S. Stewart
Elizabeth G. McCulley
2100 Central, Suite 22
Kansas City, MO 64114
(816) 303-1500 (telephone)
(816) 527-8068 (facsimile)
stewart@swm.legal
mcculley@swm.legal

*Attorneys for Plaintiffs*

Elizabeth McGurk
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0247
Fax: (203) 305-0506
Elizabeth.McGurk@usdoj.gov
Dustin.Weisman@usdoj.gov

*Attorneys for the United States*